# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| CYNTHIA BARNES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV411-037 |
| GULFSTREAM AEROSPACE CORP., | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Cynthia Barnes's Motion to Seal (doc. 11) is **DENIED**. *See* doc. 14 (Order directing Gulfstream to respond and, if did not oppose, the document would be filed unsealed); doc. 15 (Gulfstream does not oppose). The Clerk shall therefore unseal doc. 13.

**SO ORDERED,** this 8th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA