IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CYNTHIA C. BARNES,  )
 )
    Plaintiff,  )
 )
v.  )  CASE NO. CV411-037
 )
GULFSTREAM AEROSPACE,  )
 )
    Defendant.  )
 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 18), to which objections have been filed (Doc. 20). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Defendant's Motion to Dismiss and Motion for Sanctions (Doc. 9) is **GRANTED IN PART** and **DENIED IN PART**: Defendant's request for dismissal is **GRANTED** and request for sanctions is **DENIED**. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of March 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA